In the Matter of the Estate of MARIA ESPOSITO, Deceased. FRANK ESPOSITO, Appellant; VINCENTA J. ESPOSITO, as Executrix of MARIA ESPOSITO, Deceased, Respondent.

Argued March 7, 1945; decided April 12, 1945.

*Jacob Zelenko* and *Lewis A. Rosen* for appellant.
*Thomas P. Dooney* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.